DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARRIE LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GRISELIO NUNEZ-SALAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:06-cr-0308 OWW |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER THEREON |
| GRISELIO NUNEZ-SALAS, | |
| Defendant. | Date : November 28, 2006<br>Time: 1:30 p.m.<br>Dept : Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for October 17, 2006, may be continued to **November 28, 2006 at 9:00 a.m.**

The continuance sought is to allow sufficient time for plea negotiations.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///
///
///
///
///
///

preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

DATED: October 12, 2006                McGREGOR W. SCOTT
                                       United States Attorney


                                       /s/ Steven M. Crass
                                       STEVEN M. CRASS
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff


DATED: October 12, 2006                DANIEL J. BRODERICK
                                       Federal Defender


                                       /s/ Carrie S. Leonetti
                                       CARRIE S. LEONETTI
                                       Assistant Federal Defender
                                       Attorney for Defendant


**O R D E R**

IT IS SO ORDERED.

**Dated:   October 13, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                  UNITED STATES DISTRICT JUDGE