DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GRISELIO NUNEZ-SALAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:06-cr-00308 OWW |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION TO ADVANCE STATUS |
| v. ) | CONFERENCE HEARING; |
| ) | ORDER |
| GRISELIO NUNEZ-SALAS, ) | |
| ) | Date:  January 31, 2011 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Oliver W. Wanger |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Ian Garriques, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Griselio Nunez-Salas, that the hearing currently set for February 14, 2011 at 9:00 a.m., **may be advanced and rescheduled to January 31, 2011 at 9:00 a.m.**

The parties have entered into a plea agreement and have agreed to set the matter for a change of plea on January 31, 2011. Assistant United States Attorney Ian Garriques has no objection to the request that the status conference be advanced.

///

///

///

///

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: January 19, 2011 | /s/ Ian Garriques<br>IAN GARRIQUES<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| Dated: January 19, 2011 | /s/ Peggy Sasso<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>GRISELIO NUNEZ-SALAS |

## ORDER

IT IS SO ORDERED.

**Dated:   January 19, 2011**             /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE