# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**GRISELIO NUNEZ-SALAS**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **1:06CR00308-001**

Peggy Sasso
Defendant's Attorney

**THE DEFENDANT:**

[✔] admitted guilt to violation of charge(s) 1 as alleged in the violation petition filed on __.
[ ] was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| CHARGE 1 | Failure to Report to the United States Probation Office (Eastern District of California) Upon Reentry into the United States Within 72 Hours | June 30, 2009 |

The court: [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on  01/23/2007 .

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]  Charge(s)  2 and 3  are dismissed.

[✔]  **Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

01/31/2011
Date of Imposition of Sentence

/s/ Oliver W. Wanger
Signature of Judicial Officer

**OLIVER W. WANGER**, United States District Judge
Name & Title of Judicial Officer

02/08/2011
Date

<007>

CASE NUMBER: 1:06CR000308-001     Judgment - Page 2 of 2
DEFENDANT: GRISELIO NUNEZ-SALAS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months*.

***The term of imprisonment of 24 months in this case is to be served concurrently with the term of imprisonment ordered in case 1:10-cr-00481-OWW (for a total term of 57 months between both cases)**.

[✔]    The court makes the following recommendations to the Bureau of Prisons:

     1.    The Court recommends that the defendant be incarcerated in a Arizona facility, but only insofar as this accords with security classification and space availability.

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
     [ ] at ___ on ___.
     [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [ ] before _ on ___.
     [ ] as notified by the United States Marshal.
     [ ] as notified by the Probation or Pretrial Services Officer.
     If no such institution has been designated, to the United States Marshal for this district.

## SUPERVISED RELEASE

[✔]    Upon completion of the term of imprisonment, the defendant's term of supervised release is terminated.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal